■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEON K., Appellant. [41 NYS3d 711]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered February 5, 2015, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him to a term of one year, unanimously modified, as a matter of discretion in the interest of justice, to the extent of adjudicating defendant a youthful offender, and otherwise affirmed.

We find the sentence excessive to the extent it did not include youthful offender treatment. Concur—Renwick, J.P., Saxe, Gische and Webber, JJ.